AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  1-25-2006 |
| NAME OF SERVER *(PRINT)*  Paul B. Evans | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

Certified mail # 7000 1530 0003 1044 9973

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2-2-2006
          Date

          *Signature of Server*

          Box 625 Coulee City, WA 99115
          *Address of Server*

Case # 1:06CV00032    Alberto Gonzales  U.S. Attorney General

JDB

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.