AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1-25-2006 |
| NAME OF SERVER (PRINT)  Paul B. Evans | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

   Certified Mail # 7000 1530 0003 1044 8242

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-2-2006            Paul B. Evans
             Date                 Signature of Server

                                 Box 625 Coulee City, WA 99115
                                 Address of Server

Case #1: 06CV00032    Kenneth L. Wainstein US Attorney, Dist of Columbia

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.