IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL B. EVANS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>) Defendant. | No. 1:06-32 (JDB) |

## **ORDER**

Having considered the UNITED STATES' MOTION TO DISMISS AMENDED COMPLAINT, the supporting memorandum of points and authorities, any opposition and reply thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED; and it is further

ORDERED that this action be, and is, DISMISSED; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this _____ day of _____ 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

Paul B. Evans
Plaintiff *Pro Se*
Box 625
Coulee City, WA 99115

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES MOTION TO DISMISS COMPLAINT was served on March 3, 2006, by sending a copy by First-Class mail, postage prepaid, addressed to the following persons:

>Daniel T. Smith
>Mary G. Smith
>4801 Valhalia Lane
>Plant City, FL 33565

>/s/ Pat S. Genis
>PAT S. GENIS, #446244

1575617.1                          3