# United States District Court
## IN THE DISTRICT OF COLUMBIA

Paul B. Evans,
Box 625,
Coulee City, Washington 99115

Case No. 1:06-cv-32 JDB

        Plaintiff(s),

v.

United States
        Defendant.

### REQUEST FOR ENTRY OF DEFAULT

I, Paul B. Evans, pursuant to Federal Rule of Civil Procedure 55(a), hereby request the Clerk enter the default of defendant in the above-captioned action. The Rule states:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

This request is supported by the following:

1. This case was filed to the Court on January 9, 2006, and amended January 23, 2006..

2. Summons and Complaint were served upon counsel for the defendant by United States Postal Service, Registered Mail on January 25, 2006.

3. The time for the defendant to answer or otherwise defend expired on March 27, 2006.

4. Defendant has failed to answer or otherwise defend.

5. Defendant is in default.

RECEIVED
MAR 31 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dated: _March 28_, 2006

_Paul B. Evans_
Paul B. Evans