UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 0 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PAUL B. EVANS,

Plaintiff,

v.

UNITED STATES,

Defendant.

Civil Action No. 06-0032 (JDB)

ORDER

Plaintiff has filed a *pro se* complaint asserting his entitlement to damages for alleged misconduct by the Internal Revenue Service in the collection of taxes, and also has requested entry of default. Defendant filed a motion to dismiss on April 3, 2006. Rule 7(b) of the Local Rules of Civil Procedure for this Court require that a party who opposes a motion must, within eleven (11) days of the date of service (or at such other time as the Court may direct), serve and file a memorandum of points and authorities in opposition to the motion. The rule further provides that, "[i]f such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded." L. Civ. R. 7(b).

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the United States Court of Appeals for the District of Columbia Circuit held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice ... should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." Id. at 509. Accordingly, the Court hereby advises plaintiff that he must respond to defendant's motion to dismiss within fourteen days of the date of this Order,

that is by not later than April 18, 2006. If plaintiff does not respond, the Court will treat the motion as conceded and dismiss the complaint.

Accordingly, it is hereby

**ORDERED** that plaintiff's request for entry of default is **DENIED**; and it is further

**ORDERED** that plaintiff's response to defendant's motion to dismiss shall be filed by not later than April 18, 2006.

**SO ORDERED**.

_____
JOHN D. BATES
United States District Judge

Dated:   April 4, 2006

Copies to:

Paul B. Evans
Box 625
Coulee City, WA 99115

    Plaintiff, *pro se*

Pat S. Genis
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC  20044
Email: pat.genis@usdoj.gov

    *Counsel for defendant*