UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL B. EVANS,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Civil Action No.  06-0032 (JDB) |

### ORDER

Upon consideration of [8] defendant's motion to dismiss the amended complaint and the entire record herein, and for the reasons stated in the accompanying memorandum opinion, it is this 4th day of May, 2006, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that this action is **DISMISSED** without prejudice.

　　　　　　　　　　　　　　　　　　　/s/ John D. Bates
　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　United States District Judge

Copies to:

Paul B. Evans
Box 625
Coulee City, WA 99115
　　Plaintiff, *pro se*

Pat S. Genis
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC  20044
Email: pat.genis@usdoj.gov
　　*Counsel for defendant*