UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL B. EVANS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No.  06-0032 (JDB) |

## ORDER

Before the Court is [18] plaintiff's second motion for reconsideration of dismissal of this action, which repeats the arguments set forth in his first motion for reconsideration.  For the reasons stated in the Order issued on May 18, 2006, it is hereby

**ORDERED** that plaintiff's second motion for reconsideration is **DENIED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:   June 7, 2006

Copies to:

Paul B. Evans
Box 625
Coulee City, WA 99115
        Plaintiff, *pro se*

Pat S. Genis
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC  20044
Email: pat.genis@usdoj.gov
        *Counsel for defendant*